NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1577
(Interference No. 105,471)

THOMAS J. YORKEY,

Appellant,

v.

MOHAMMED K. DIAB, ESMAIEL KIANI-AZRBAY JANY,
IBRAHIM M. ELFADEL, REX J. MCCARTHY,
WALTER M. WEBER, and ROBERT A. SMITH,

Appellees.

Appeal from the United States Patent and Trademark Office,
Board of Patent Appeals and Interferences.

- - - - - - - - - - - - - - - - - - - - - -

2008-1578
(Interference No. 105,477)

THOMAS J. YORKEY,

Appellant,

v.

MOHAMMED K. DIAB, ESMAIEL KIANI-AZRBAY JANY,
and WALTER M. WEBER,

Appellees.

Appeal from the United States Patent and Trademark Office,
Board of Patent Appeals and Interferences.

ON MOTION

Before LINN, <u>Circuit Judge</u>.

<u>O R D E R</u>

Thomas J. Yorkey moves without opposition to treat the two above-captioned appeals as companion cases for purposes of oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The cases will be argued consecutively before the same merits panel.

FOR THE COURT

APR 13 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Robert C. Morgan, Esq.
Joseph R. Re, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 13 2009

JAN HORBALY
CLERK

2008-1577, -1578